## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA
## SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF THE SEARCH OF | ) | |
| INFORMATION ASSOCIATED WITH | ) | **ORDER** |
| THE USERNAME IDENTIFIED AS: | ) | |
| | ) | |
| "econsulting2005@aol.com," "csdt123@aol.com," | ) | |
| and "csdt1234@aol.com" THAT ARE STORED | ) | |
| AT PREMISES CONTROLLED BY AOL, INC.. | ) | Case No.  4:14-mj-271 |

Before the court is the Government's motion to extend the sealing of above-captioned Search Warrant. The Government avers that public disclosure of this search may compromise an ongoing criminal investigation.

For good cause shown, the court **GRANTS** the motion (Docket No.  10). It is **ORDERED** that under 18 U.S.C. § 2705(b), the Provider shall not disclose the existence of the warrant, the United States' motions, or this courts orders to the listed subscribers or to any other person until at least March 31, 2018, unless and until otherwise authorized to do so by the court, except that the Provider may disclose the warrant to its attorney(s) for the purpose of obtaining legal advice.

It is further **ORDERED** that this matter shall remain under seal until March 31, 2018, unless otherwise ordered by the court.

Dated this 31st day of March, 2017.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court